## HOOKS V. HUNTSVILLE R. L. & P. CO.

*Damages.*

(Decided April 28th, 1906. 41 So. Rep. 273.)

APPEAL from Madison Circuit Court.

Heard before Hon. PAUL SPEAKE.

COOPER & FOSTER, for appellant. WALKER & SPRAGGINS, for appellee.

Affirmed. Opinion by HARALSON, J.

DOWDELL, ANDERSON and DENSON, JJ., concur.

---

## ELROD V. ELROD.

*Allowance of Claim Against Administrator.*

(Decided May 17th, 1906. 41 So. Rep. 290.)

APPEAL from Marshall Chancery Court.

Heard before Hon. W. H. SIMPSON.

STREET & ISBELL, for appellant. JOHN A. LUSK, for appellee.

Affirmed. Opinion by SIMPSON, J.

TYSON, ANDERSON and DENSON, JJ., concur.

---

## NORMAN V. TE STATE.

*Assault With Intent.*

(Decided May 17th, 1906. 41 So. Rep. 295.)

APPEAL from Chilton Circuit Court.

Heard before Hon. A. H. ALSTON.

THOS. A. CURRY, for appellant. MASSEY WILSON, Attorney-General, for State.

Affirmed. Opinion by SIMPSON, J.

WEAKLEY, C. J., and DOWDELL and ANDERSON, JJ., concur.